IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AUNDRAE WARD,

    Plaintiff,                                            Case No. 3:15-cv-290

    vs.

COMMISSIONER OF                           District Judge Thomas M. Rose
SOCIAL SECURITY,                          Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 8, 2016 (Doc. 9) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: August 1, 2016                                                        THOMAS M. ROSE

                                                                          _____
                                                                           THOMAS M. ROSE
                                                                UNITED STATES DISTRICT JUDGE